| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>LAW OFFICES OF DALE K. GALIPO<br>Dale K. Galipo (Bar No. 144074)<br>dalekgalipo@yahoo.com<br>Eric Valenzuela (Bar No. 284500)<br>evalenzuela@galipolaw.com<br>21800 Burbank Boulevard, Suite 310<br>Woodland Hills, California 91367<br>Telephone: (818) 347-3333 | |
| ATTORNEY(S) FOR: | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN MCCLINTOCK; and VALORIE FLORES<br><br>Plaintiff(s),<br>v.<br>CITY OF FOUNTAIN VALLEY; and DOES 1-10, inclusive,<br><br>Defendant(s) | CASE NUMBER:<br>8:25-cv-1381<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for     Plaintiffs
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Sean McClintock | Plaintiff |
| Valorie Flores | Plaintiff |
| City of Fountain Valley | Defendant |
| Does 1-10, Inclusive | Defendant |

| | |
|---|---|
| June 26, 2025 | /s/ Eric Valenzuela |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiffs