# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN MCCLINTOCK , et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>CITY OF FOUNTAIN VALLEY , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>8:25−cv−01381−MRA−ADS<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 6/26/25 | 4 | Request for Summons |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

The name and address of the attorney for plaintiff(s) must be entered in the appropriate field.

*Other Error(s):*

The summons cannot be issued until this defect has been corrected. Please correct the defect and re−file your summons request.

Clerk, U.S. District Court

By: /s/ *Estrella Liberato*
 *Estrella_Liberato@cacd.uscourts.gov*
Date: June 27, 2025
 Deputy Clerk

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

− NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS −