# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN MCCLINTOCK, et al. <br><br> PLAINTIFF(S) <br><br> v. <br><br> CITY OF FOUNTAIN VALLEY, et al. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 8:25−cv−01381−MRA−ADS <br><br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 6/30/2025 | 9 | Request for Summons |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

The date and signature line must be left blank.

*Other Error(s):*

The summons cannot be issued until this defect has been corrected. Please correct the defect and re−file your summons request.

Clerk, U.S. District Court

Date: July 2, 2025                    By:  /s/ *Jenny Lam  Jenny_Lam@cacd.uscourts.gov*
                                             Deputy Clerk

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**