2

1

**Plaintiffs:**                          **Plaintiffs' Counsel:**

2    SEAN MCCLINTOCK                Dale K. Galipo, Esq.
     VALORIE FLORES                 Eric Valenzuela, Esq.

3                                   LAW OFFICES OF DALE K. GALIPO

4                                   21800 Burbank Boulevard, Suite 310
                                    Woodland Hills, California 91367

5

6    **Defendants:**                     **Defense Counsel:**
     CITY OF FOUNTAIN VALLEY        Mark D. Rutter, Esq.

7                                   Kimberly Sarmiento, Esq.

8                                   CARPENTER, ROTHANS & DUMONT LLP
                                    500 S. Grand Avenue, 19th Floor

9                                   Los Angeles, CA  90071

10

11

12

13   DATED: July 30, 2025          CARPENTER, ROTHANS & DUMONT LLP

14                                  By:    /s/ *Kimberly Sarmiento*

15                                         Mark D. Rutter, Esq.
                                           Kimberly Sarmiento, Esq.

16                                         Attorneys for Defendant,
                                           City of Fountain Valley

17

18

19

20

21

22

23

24

25

26

27

28

2

DEFENDANT CITY OF FOUNTAIN VALLEY'S ANSWER TO PLAINTIFFS' COMPLAINT
FOR DAMAGES; DEMAND FOR JURY TRIAL