Mark D. Rutter, SBN 58194
Kimberly Sarmiento, SBN 345641
CARPENTER, ROTHANS & DUMONT
500 South Grand Ave, 19th Floor
Los Angeles, California 90071
T: 213-228-0400 / F: 213-228-0401
mrutter@crdlaw.com / ksarmiento@crdlaw.com

Attorneys for Defendant, City of Fountain Valley

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN MCCLINTOCK; and VALERIE FLORES,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF FOUNTAIN VALLEY; and DOES 1-10, inclusive,<br><br>    Defendants. | 8:25-cv-01381-MRA-ADS<br>*Hon. Monica Ramirez Almadani*<br>*Hon. Autumn D. Spaeth, Magistrate*<br><br>**[DOC TITLE]** |

COMES NOW DEFENDANT CITY OF FOUNTAIN VALLEY and

PLEASE TAKE NOTICE that from September 10 through and including September 30, 2025, Mark D. Rutter, counsel of record for Defendant City of Fountain Valley, will be unavailable for all purposes, including but not limited to receiving notices of any kind, receiving or responding to telephone calls or messages, court appearances, deposition attendance, ex parte applications and/or hearings or any other actions or proceedings.

You are respectfully referred to Central District's Civility and Professionalism Guidelines at B(2) regarding the scheduling of a conflicting proceeding without good cause.

1  Thank you in advance for your courtesy and professionalism.

2  DATED: August 12, 2025          CARPENTER, ROTHANS & DUMONT

3                                  By: /s/ *Mark D. Rutter*
4                                      Mark D. Rutter, Esq.
                                        Kimberly Sarmiento, Esq.
5                                       Attorneys for Defendant
6                                       City of Fountain Valley

## CERTIFICATE OF SERVICE

The foregoing document was filed on August 12, 2025, using the Court's CM/ECF electronic system which will electronically serve a copy to all counsel of record.

DATED: August 12, 2025     CARPENTER, ROTHANS & DUMONT

By:  /s/ *Mark D. Rutter*
Mark D. Rutter, Esq.
Kimberly Sarmiento, Esq.
Attorneys for Defendant,
City of Fountain Valley