**APPENDIX A**
JUDGE MÓNICA RAMÍREZ ALMADANI
<u>SCHEDULE OF PRETRIAL DATES WORKSHEET</u>

Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.
**The Court <u>ORDERS</u> the parties to make every effort to agree on dates.**

| Case No. | Case Name: | | |
|---|---|---|---|
| **Final Pretrial Conference Dates** | | **Parties' Joint Date mm/dd/yyyy** | **Court Order** |
| Check one: ☐ Jury Trial or ☐ Court Trial<br>*[The Court sets the trial date at the Final Pretrial Conference]*<br>Estimated Duration, in days: _____ | | NA | NA |
| Final Pretrial Conference ("FPTC") [L.R. 16]<br>*[Monday at 3:00 p.m., within 12 months of Scheduling Conference]* | | 9/28/2026 | |
| **Event [1]**<br>**Note:** Hearings must be on Mondays at 1:30 p.m. Other dates can be any day of the week | **Weeks Before FPTC[2]** | **Parties' Joint Date mm/dd/yyyy** | **Court Order** |
| Opposition to Motions in Limine Filing Deadline | 3 | 9/7/2026 | |
| Motions in Limine Filing Deadline | 4 | 8/31/2026 | |
| Settlement Conference Completion Date [L.R. 16-15]<br>*Select one:*<br>☐ Mag. Judge<br>☑ Panel<br>☐ Private | 5 | 8/24/2026 | |
| Last Date to **HEAR** <u>Daubert</u> Motions *[Monday]* | 8 | 8/3/2026 | |
| Last Date to **HEAR** Non-Discovery Motions *[Monday]*<br>(see Procedures page for Rule 56 Motion deadlines) | 12 | 7/6/2026 | |
| Expert Discovery Cut-Off | 14 | 6/22/2026 | |
| Expert Disclosure (Rebuttal) | 17 | 6/1/2026 | |
| Expert Disclosure (Initial) | 21 | 5/4/2026 | |
| Non-Expert Discovery Cut-Off<br>(no later than deadline for *filing* dispositive motions) | 24 | 4/13/2026 | |
| Last Date to *Hear* Motions to Amend Pleadings/Add Parties<br>*[Monday 90 days after Rule 16 Scheduling Conference]* | X | 12/28/2025 | |

---

[1] Once issued, this "schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4).
[2] This is the Court's recommended default timeline for certain events. The parties may propose alternate dates based on the needs of each individual case.

11.