Dale K. Galipo (SBN 144074)
Eric Valenzuela (SBN 284500)
21800 Burbank Ave., Suite 310
Woodland Hills, CA 91367
(818)347-3333

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sean McClintock, et al., <br><br> Plaintiff(s) <br> v. <br><br> City of Fountain Valley, et al., <br><br> Defendant(s). | CASE NUMBER: <br><br> 8:25−cv−01381−MRA−ADS <br><br><br> **STIPULATION REGARDING** <br> **SELECTION OF PANEL MEDIATOR** |

*NOTE: This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel.*

**CHECK ONLY ONE BOX:**

☑ The parties stipulate that __Richard Copeland__ may serve as the Panel Mediator in the above-captioned case. __Kimberly Sarmiento, Esq.__ (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three hours. All parties and the Panel Mediator have agreed that the mediation will be held on __March 18, 2026__ (Date) and counsel will submit mediation statements seven calendar days before the session.

☐ The parties request that ADR Program staff assign a Panel Mediator with expertise in the following area of law: _____

Dated: October 9, 2025         /s/ Dale K. Galipo
                               Attorney For Plaintiff  Sean McClintock, et al.

Dated: October 9, 2025         /s/ Eric Valenzuela
                               Attorney For Plaintiff  Sean McClintock, et al.

Dated: October 9, 2025         /s/ Kimberly Sarmiento
                               Attorney For Defendant  City of Fountain Valley, et al.

Dated: _____          _____
                               Attorney For Defendant

*Please attach additional sheets if needed to record all signatories, then file electronically using one of two events: "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Consent) - (ADR-2)" or "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Assigned) - (ADR-2)."*

ADR-02 (01/23)         **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR**