Mark D. Rutter, SBN 58194
Kimberly Sarmiento, SBN 345641
CARPENTER, ROTHANS & DUMONT
500 South Grand Ave, 19th Floor
Los Angeles, California 90071
T: 213-228-0400 / F: 213-228-0401
mrutter@crdlaw.com // ksarmiento@crdlaw.com

Attorneys for Defendant, City of Fountain Valley

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN MCCLINTOCK; and VALERIE FLORES,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF FOUNTAIN VALLEY; and DOES 1-10, inclusive,<br><br>Defendants. | 8:25-cv-01381-MRA-ADS<br>*Hon. Monica Ramirez Almadani*<br>*Hon. Autumn D. Spaeth, Magistrate*<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER** |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED by and between the parties herein through their respective attorneys of record as follows:

1. The operative pleading, the Complaint for Damages, was filed on June 26, 2025 (Dkt. 1).  This is the parties' first request for a continuance of trial and all dates.

2. In October 2025, the parties held preliminary discussions regarding the case and possible early resolution.  The parties then agreed to participate in early mediation with Rick Copeland, Esq.  Upon agreement to using Mr.

Copeland as a mediator, the parties contacted Mr. Copeland to obtain his earliest availability, which was not until March 2026. Currently, the parties are scheduled to participate in early mediation with Mr. Copeland on March 18, 2026. The parties have a good faith belief that they may be able to reach an early resolution of this case at the March 18, 2026, mediation. Because the parties believe the case may settle at early mediation, they submit that good cause exists to continue the fact discovery cutoff, currently set for April 13, 2026, and related dates in this matter, in an effort to avoid unnecessary costs and expense incurred by their respective clients.

3. The interim, the parties have been actively engaged in discovery in this civil action and have nearly completed all written discovery. The parties have discussed Plaintiffs' interest in amending the complaint to name the shooting officer as an individual defendant in this action, and Defendant must seek authority from their client to do so. Because of the holiday schedule, the parties submit that good cause exists to continue Plaintiffs' deadline to amend the complaint to add additional parties.

4. Defense counsel Kimberly Sarmiento, the associate working up the case for Defendant City in this case, will be going on maternity leave February 2026 through June 2026. The parties believe additional time is necessary to allow for additional discovery to continue after Ms. Sarmiento's return from maternity leave, should the case not resolve at early mediation.

5. Based on the foregoing, the parties respectfully submit that GOOD CAUSE exists to continue the dates in this case and modify the operative scheduling order as follows:

///

///

| Trial and Final Pretrial Conference Dates | Current Dates | [Proposed] Dates |
|---|---|---|
| Last Day to Amend Pleadings/Add Parties | 12/28/2026 | 3/28/2026 |
| Non-Expert Discovery Cut-off | 4/13/2026 | 7/12/2026 |
| Expert Disclosure (Initial) | 5/4/2026 | 8/2/2026 |
| Expert Disclosure (Rebuttal) | 6/1/2026 | 8/30/2026 |
| Expert Discovery Cut-off | 6/22/2026 | 9/20/2026 |
| Last Day to Hear Non-Discovery Motions | 7/6/2026 | 10/4/2026 |
| Deadline to file first round of trial documents | 8/18/2026 | 11/16/2026 |
| Deadline to file second round of trial documents | 8/27/2026 | 11/25/2026 |
| Final Pretrial Conference | 9/8/2026 | 12/7/2026 |

1     **IT IS SO STIPULATED.**

3     DATED: December 23, 2025     CARPENTER, ROTHANS & DUMONT

    By:   /s/ *Kimberly Sarmiento*
        Mark D. Rutter, Esq.
        Kimberly Sarmiento, Esq.
        Attorneys for Defendant,
        City of Fountain Valley

DATED: December 23, 2025     LAW OFFICES OF DALE K. GALIPO

    By     /s/ Eric Valenzuela
      Dale K. Galipo
      Eric Valenzuela
      Attorneys for Plaintiffs