Mark D. Rutter, SBN 58194
Kimberly Sarmiento, SBN 345641
CARPENTER, ROTHANS & DUMONT
500 South Grand Ave, 19th Floor
Los Angeles, California 90071
T: 213-228-0400 / F: 213-228-0401
mrutter@crdlaw.com // ksarmiento@crdlaw.com

Attorneys for Defendant, City of Fountain Valley

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN MCCLINTOCK; and VALERIE FLORES,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF FOUNTAIN VALLEY; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | 8:25-cv-01381-MRA-ADS<br>*Hon. Monica Ramirez Almadani*<br>*Hon. Autumn D. Spaeth, Magistrate*<br><br>**DECLARATION OF KIMBERLY SARMIENTO** |

I, Kimberly Sarmiento, declare that:

1. I am an attorney, duly licensed to practice law in the State of California, and an associate at the law firm of Carpenter, Rothans & Dumont, attorneys of record for the defendant in this matter.

2. This declaration is made in connection with the parties' Stipulation to Modify the Scheduling Order, in the above-entitled matter.

3. The following facts are stated from my personal knowledge, except those facts stated on information and belief which I believe to be true, and if called as a witness I could and would so competently testify thereto under oath.

4. In October 2025, I had preliminary discussions regarding the case and

1
DECLARATION OF KIMBERLY SARMIENTO

possible early resolution with Eric Valenzuela and Dale Galipo, attorneys of record for Plaintiffs in this matter.  Counsel agreed to participate in early mediation with Rick Copeland, Esq.  Upon agreement to using Mr. Copeland as a mediator, we contacted Mr. Copeland to obtain his earliest availability, which was not until March 2026.  Currently, the parties are scheduled to participate in early mediation with Mr. Copeland on March 18, 2026.  I have continued to discuss settlement negotiations with Plaintiffs' counsel and anticipate doing so before our mediation to ensure it is as productive as possible.

     5.    Mr. Valenzuela and I recently discussed Plaintiffs' interest in amending the complaint to name the shooting officer as an individual defendant in this action.  However, I must seek authority from my client with respect to this issue.  Because of the holiday schedule, I do not anticipate confirming this with my clients before Plaintiffs' current deadline to amend the pleadings/add parties.

     6.    I am the associate assigned to the defense for the City of Fountain Valley and have been the attorney actively working on this file.  I am currently pregnant with my first child, and my estimated due date is early February 2026.  I plan to go on maternity leave sometime in February 2026 through June 2026.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 23rd day of December 2025 at Los Angeles, California.

          /s/ Kimberly Sarmiento
          _____
              Kimberly Sarmiento