UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN MCCLINTOCK; and VALERIE FLORES,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF FOUNTAIN VALLEY; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | 8:25-cv-01381-MRA-ADS<br>*Hon. Monica Ramirez Almadani*<br>*Hon. Autumn D. Spaeth, Magistrate*<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER** |

Upon consideration of the Parties' Stipulation to Continue Trial and Related Dates, and GOOD CAUSE appearing to the satisfaction of the Court therefrom, the Stipulation is hereby GRANTED. The Court's Scheduling Order is modified as follows:

| **Trial and Final Pretrial Conference Dates** | **Current Dates** | **[Proposed] Dates** |
|---|---|---|
| Last Day to Amend Pleadings/Add Parties | 12/28/2026 | 3/28/2026 |
| Non-Expert Discovery Cut-off | 4/13/2026 | 7/12/2026 |
| Expert Disclosure (Initial) | 5/4/2026 | 8/2/2026 |
| Expert Disclosure (Rebuttal) | 6/1/2026 | 8/30/2026 |
| Expert Discovery Cut-off | 6/22/2026 | 9/20/2026 |
| Last Day to Hear Non-Discovery Motions | 7/6/2026 | 10/4/2026 |

1

[PROPOSED] ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER

| Trial and Final Pretrial Conference Dates | Current Dates | [Proposed] Dates |
|---|---|---|
| Deadline to file first round of trial documents | 8/18/2026 | 11/16/2026 |
| Deadline to file second round of trial documents | 8/27/2026 | 11/25/2026 |
| Final Pretrial Conference | 9/8/2026 | 12/7/2026 |

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
HONORABLE MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE