LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN MCCLINTOCK; and VALORIE FLORES, <br><br> Plaintiffs, <br><br> vs. <br><br> CIty of FOUNTAIN VALLEY; and Does 1-10, inclusive, <br><br> Defendants. | Case No. 8:25-cv-1381-MRA-ADS <br><br> Honorable Monica Ramirez Almadani <br><br> **JOINT STIPULATION TO AMEND COMPLAINT TO SUBSTITUTE OFFICER BENJAMIN OSORIO IN PLACE OF DOE DEFENDANT 1** <br><br> [Proposed] Order and Amended Complaint <br> *filed concurrently herewith* |

-1-
STIPULATION TO AMEND COMPLAINT
Case No. 8:25−cv−1381−MRA-ADS

**IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiffs and Defendant, through their respective attorneys of record, as follows:

Since Plaintiffs filed their complaint in this action and conducted some initial discovery, Plaintiffs have recently discovered the name of an additional party and have informed Defendant that they intend to seek leave of Court to file a First Amended Complaint replacing Doe Defendant 1 with the name Benjamin Osorio of the CITY OF FOUNTAIN VALLEY police department.

The parties are not waiving the requirements of FRCP 15(a)(2) regarding future amendments and that any further amendment would require court approval pursuant to FRCP 15(a)(2) absent further stipulation by the parties.

Based upon the foregoing, the parties apply for and stipulate to an order permitting Plaintiffs to file a First Amended Complaint.

A copy of the "redlined" version of the First Amended Complaint is attached hereto as Exhibit "A".

DATED:  March 3, 2026          LAW OFFICES OF DALE K. GALIPO


                               By  /s/ Eric Valenzuela
                               Eric Valenzuela
                               Attorney for Plaintiffs


DATED:  March 3, 2026          CARPENTER, ROTHANS & DUMONT


                               By  /s/ Mark D. Rutter
                               Mark D. Rutter
                               Kimberly Sarmiento
                               Attorneys for Defendant
                               CITYOF TORRANCE

-1-

Case No. 8:25−cv−1381−MRA-ADS

STIPULATION TO AMEND COMPLAINT