# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN MCCLINTOCK; and VALORIE FLORES,<br><br>Plaintiffs,<br><br>vs.<br><br>CIty of FOUNTAIN VALLEY; and Does 1-10, inclusive,<br><br>Defendants. | Case No. 8:25-cv-1381-MRA-ADS<br><br>Honorable Monica Ramirez Almadani<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO AMEND THE COMPLAINT** |

# ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the parties' Stipulation in Case No. 8:25-cv-1381-MRA-ADS is **GRANTED** and the Plaintiffs are allowed to file a First Amended Complaint with Officer Benjamin Osorio substituted in as "Doe Defendant 1" within seven (7) days of this Order.

**IT IS SO ORDERED.**

DATED: _____, 2026

_____
Hon. Mónica Ramírez Almadani
United States District Judge