LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Telephone:   (818) 347-3333
Facsimile:    (818) 347-4118

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN MCCLINTOCK; and VALORIE FLORES,<br><br>Plaintiffs,<br><br>vs.<br><br>CIty of FOUNTAIN VALLEY; and Does 1-10, inclusive,<br><br>Defendants. | **Case No. 8:25-cv-1381-MRA-ADS**<br>*Honorable Monica Ramirez Almadani*<br><br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

**TO THE HONORABLE COURT:**

In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure, and Central District Local Rule 5-3.1, Plaintiffs hereby submit this proof of service of the First Amended Complaint, Summons, and other documents on Defendant Officer Benjamin Osorio.  (attached hereto as Exhibit "A").

DATED:  March 20, 2026          LAW OFFICES OF DALE K. GALIPO


By  /s/ *Eric Valenzuela*
     Dale K. Galipo
     Eric Valenzuela
     Attorneys for Plaintiffs