# EXHIBIT A

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Dale K. Galipo (SBN 144074); Eric Valenzuela (SBN 284500) <br> LAW OFFICES OF DALE K. GALIPO <br> 21800 Burbank Boulevard, Suite 310 Woodland Hills, CA 91367 <br> TELEPHONE NO.: (818) 347-3333 \| FAX NO.: (818) 347-4118 \| E-MAIL ADDRESS: dalekgalipo@yahoo.com; evalenuzuela@galipolaw.com <br> ATTORNEY FOR *(Name): Plaintiff* : | |

UNITED STATES DISTRICT COURT

> STREET ADDRESS:
>
> CITY AND ZIP CODE:
>
> BRANCH NAME: CENTRAL DISTRICT OF CALIFORNIA

| PLAINTIFF/PETITIONER: SEAN MCCLINTOCK; and VALORIE FLORES <br> DEFENDANT/RESPONDENT: CITY OF FOUNTAIN VALLEY; OFFICER BENJAMIN OSORIO | CASE NUMBER: <br> 8:25-cv-01381-MRA-ADS |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> 2563635CE |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:

   a. ☐ Summons
   b. ☐ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents):* **SEE ATTACHED LIST OF DOCUMENTS**

3. a. Party served *(specify name of party as shown on documents served):*

   **OFFICER BENJAMIN OSORIO**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

   **Talia Aparicio, Administrative Assistant, Authorized person to accept service of process on behalf of OFFICER BENJAMIN OSORIO**

4. Address where the party was served: **10200 Slater Avenue**
   **Fountain Valley, CA 92708**

5. I served the party *(check proper box)*

   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **3/16/2026** (2) at *(time):* **2:00 PM**

   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):* **or** ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Approved for Mandatory Use <br> Judicial Council of California <br> POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 <br> **POS010-1/2563635** |
|---|---|---|

| | |
|---|---|
| Plaintiff: **SEAN MCCLINTOCK, and VALORIE FLORES** | CASE NUMBER: |
| Defendant: **CITY OF FOUNTAIN VALLEY; OFFICER BENJAMIN OSORIO** | **5:25-cv-01381-MRA-ADS** |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                      *(2) from  (city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☑ as an individual defendant.

b. ☐ as the person sued under the fictitious name of  *(specify):*

c. ☐ as occupant.

d. ☑ On behalf of  *(specify):* **Individual**

   under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☑ other: **FRCP 4(e)(2)(A)** |

7. **Person who served papers**

  a. Name:  **Juan Reyes - Ace Attorney Service, Inc.**

  b. Address:  **800 S. Figueroa Street, Suite 900  Los Angeles, CA 90017**

  c. Telephone number:  **(213) 623-3979**

  d. **The fee** for service was: **$ 128.87**

  e. I am:

    (1) ☐ not a registered California process server.

    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

    (3) ☑ registered California process server:

      (i) ☐ owner    ☑ employee    ☐ independent contractor.

      (ii) Registration No.: **PS-6614**

      (iii) County: **ORANGE**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **3/20/2026**

| | |
|---|---|
| **Juan Reyes** | ► |
| (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) | (Signature - Per CC §1633.7) |

SHORT TITLE: SEAN MCCLINTOCK, and VALORIE FLORES
vs.
CITY OF FOUNTAIN VALLEY; OFFICER BENJAMIN OSORIO

CASE NUMBER:
5:25-cv-01381-MRA-ADS

Case 8:25-cv-01381-MRA-ADS   Document 31-1   Filed 03/20/26   Page 4 of 4   Page ID #:162

## ATTACHED LIST OF DOCUMENTS

SUMMONS AS TO FIRST AMENDED COMPLAINT;

FIRST AMENDED COMPLAINT;

CIVIL COVER SHEET;

CERTIFICATION AND NOTICE OF INTERESTED PARTIES;

NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES;

NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;

NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM;

CIVIL TRIAL ORDER;

OLRDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER [24]

(Required for verified pleading) The items on this page stated on information and belief are (specifiy item numbers, **not** line numbers):

This page may be used with any Judicial Council form or any other paper filed with the court.

**Page 2**

Form Adopted by the
Judicial Council of California
MC-020 [New January 1, 1987]

**ADDITIONAL PAGE**

**Attachment to Judicial Council Form or Other Court Paper**

MC020/2563635