**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -REOPENING/CLOSING**

Case No. SACV 25-01381-MRA (ADSx)                    Date April 8, 2026

Title: Sean McClintock et al v. City of Fountain Valley et al

Present: The Honorable MONICA RAMIREZ ALMADANI

| Melissa H. Kunig | Not Reported |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

Not Present                                          Not Present

Proceedings:    ☐ In Court        ☒ In Chambers       ☐ Counsel Notified

☒  Case previously closed in error.  Make JS-5.

☐  Case should have been closed on entry dated _____.

☐  Case settled but may be reopened if settlement is not consummated within _____ days.
    Make JS-6.

☐  Other _____

☐  Entered _____.

Initials of Preparer _____ mku _____

CV-74 (10/08)                    **CIVIL MINUTES -REOPENING/CLOSING**