LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Telephone:   (818) 347-3333
Facsimile:   (818) 347-4118

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN MCCLINTOCK; and VALORIE FLORES, <br><br> Plaintiffs, <br><br> vs. <br><br> CIty of FOUNTAIN VALLEY; and Does 1-10, inclusive, <br><br> Defendants. | Case No. 8:25-cv-1381-MRA-ADS <br><br> *Honorable Monica Ramirez Almadani* <br><br> **JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** <br><br> [Proposed] Order and Amended Complaint <br> *filed concurrently herewith* |

**TO THIS HONORABLE COURT:**

Plaintiffs SEAN McCLINTOCK and VALORIE FLORES and Defendants CITY OF FOUNTAIN VALLEY and OFFICER BENJAMIN OSORIO, by and through their respective attorneys of record, hereby stipulate that the above-entitled action and all claims and parties therein, against all Defendants be dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). Each party shall bear their own costs and fees.

DATED: June 4, 2026                    LAW OFFICES OF DALE K. GALIPO

                                       By   /s/  Dale K. Galipo
                                          Eric Valenzuela
                                          Attorney for Plaintiffs

DATED:  June 4, 2026                   CARPENTER, ROTHANS & DUMONT

                                       By   /s/  Mark D. Rutter
                                          Mark D. Rutter
                                          Kimberly Sarmiento
                                          Attorneys for Defendant
                                          CITYOF TORRANCE

-1-
STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE