# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

SEAN MCCLINTOCK; and
VALORIE FLORES,

              Plaintiffs,

              vs.

CITY of FOUNTAIN VALLEY;
OFFICER BENJAMIN OSORIO; and
Does 2-10, inclusive,

              Defendants.

Case No. 8:25-cv-1381-MRA-ADS

*Honorable Monica Ramirez Almadani*

**[PROPOSED] ORDER RE: JOINT STIPULATION FOR DISMISSAL**

## [PROPOSED] ORDER

Pursuant to the Joint Stipulation for Dismissal filed by the Parties, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this matter is hereby dismissed with prejudice. Each side shall bear its own attorney's fees and costs incurred in this matter.

**IT IS SO ORDERED**.

DATED:                                              UNITED STATES DISTRICT COURT

_____
HON. MONICA RAMIREZ ALMADANI