# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SEAN MCCLINTOCK; and VALORIE FLORES, | Case No. 8:25-cv-01381-MRA-ADS |
| Plaintiffs, | *Honorable Monica Ramirez Almadani* |
| vs. | |
| CITY of FOUNTAIN VALLEY; OFFICER BENJAMIN OSORIO; and Does 2-10, inclusive, | **ORDER RE: JOINT STIPULATION FOR DISMISSAL [35]** |
| Defendants. | |

1
ORDER

**ORDER**

Pursuant to the Joint Stipulation for Dismissal filed by the Parties, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this matter is hereby dismissed with prejudice.[1] Each side shall bear its own attorney's fees and costs incurred in this matter.

**IT IS SO ORDERED**.

DATED: June 9, 2026

_____
HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE

---

[1] The Joint Stipulation clearly indicates that Defendants City of Fountain Valley and Officer Benjamin Osorio stipulate to dismissal along with Plaintiffs. However, the Joint Stipulation is signed by Mark D. Rutter on behalf of the "City of Torrance." ECF 35 at 2. This appears to be a typo. The docket reflects that Mark D. Rutter and Kimberly Sarmiento from Carpenter, Rothans & Dumont represent the City of Fountain Valley and Officer Benjamin Osorio.